CLOSED

# U.S. District Court
# District of New Jersey [LIVE] (Newark)
# CIVIL DOCKET FOR CASE #: 2:08−cv−03304−KSH−PS

BROWNLEE V DAVOL INC., ET AL
Assigned to: Judge Katharine S. Hayden
Referred to: Magistrate Judge Patty Shwartz
Cause: 28:1332 Diversity−Product Liability

Date Filed: 07/02/2008
Date Terminated: 08/21/2008
Jury Demand: Plaintiff
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**MELISSA SALTER BROWNLEE** represented by **MELANIE H. MUHLSTOCK**
PARKER, WAICHMAN &ALONSO, LLP
111 GREAT NECK ROAD
1ST FLOOR
GREAT NECK, NY 11201−5402
(516) 466−6500
Email: mmuhlstock@yourlawyer.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**DAVOL INC.**

**Defendant**

**C.R. BARD, INC.**

| Date Filed | # | Docket Text |
|---|---|---|
| 07/02/2008 | Ï 1 | COMPLAINT against DAVOL INC., C.R. BARD, INC. ( Filing fee $ 350 receipt number 2075236.) JURY DEMAND, filed by MELISSA SALTER BROWNLEE. (Attachments: # 1 CIV COV SHT, # 2 SMS−1, # 3 SMS−2)(dr, ) (Entered: 07/03/2008) |
| 07/03/2008 | Ï 2 | Summons Issued as to DAVOL INC., C.R. BARD, INC.. Days Due − 20. (dr, ) (dr, ). (Entered: 07/03/2008) |
| 07/09/2008 | Ï 3 | Letter from Mag. Patty Shwartz advising of some requirements established for the early stages of the litigation. (DD, ) (Entered: 07/11/2008) |
| 08/21/2008 | Ï 4 | Certified Copy of MDL Order transferring case to District of USDC FOR THE DIST. OF RHODE ISLAND.. Signed by Judge No Judge Assigned on 8/21/08. (DD, ) (Entered: 08/21/2008) |
| 08/21/2008 | Ï | ***Civil Case Terminated. (DD, ) (Entered: 08/21/2008) |